IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **CAREY T DUNN,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Case No. 5:25-cv-329-CAR-CHW |
| | : | |
| **K9 PATROL OFFICER KIMBERLY HOUCK,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

# ORDER

*Pro se* Plaintiff Carey T. Dunn, an inmate at the Houston County Correctional Institution in Perry, Georgia, has filed a Complaint seeking relief pursuant to 42 U.S.C. § 1983 (ECF No. 1). Plaintiff, however, has not paid the required filing fee or filed a motion for leave to proceed *in forma pauperis* ("IFP"). A prisoner seeking to proceed IFP must submit (1) an affidavit in support of his claim of indigence and (2) "a certified copy of [his] trust fund account statement (or institutional equivalent) . . . for the 6-month period immediately preceding the filing of the complaint." 28 U.S.C. § 1915(a)(1)-(2). Without a motion containing this information, the Court cannot determine whether Plaintiff is entitled to proceed IFP or calculate the average monthly deposits or the average monthly balance in Plaintiff's prison trust account as required by 28 U.S.C. § 1915(b)(1), which directs the district court to assess an initial partial filing fee when funds are available.

Plaintiff is therefore **ORDERED** to either pay the Court's $405.00 filing fee in full or submit a complete and proper motion to proceed IFP within **FOURTEEN (14) DAYS**

of the date of this Order.  Plaintiff's motion must include a certified copy of his trust fund account statement for the six months prior to the filing of the Complaint in this action.  The Clerk is **DIRECTED** to provide Plaintiff with a copy of the appropriate forms for this purpose, marked with the case number for the above-captioned action.  Plaintiff is additionally instructed to notify the Court, in writing, of any change in his mailing address.  **If Plaintiff does not timely and fully comply with this Order, this action may be dismissed.**  There shall be no service of process in this case until further order of the Court.

      **SO ORDERED**, this 17th day of September, 2025.

                                            s/ Charles H. Weigle
                                            Charles H. Weigle
                                            United States Magistrate Judge